ACCEPTED
01-14-00993-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 4:38:18 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00993-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 4:38:18 PM

CHRISTOPHER A. PRINE
Clerk

### No.1387050

In the 178th District Court
Of Harris County, Texas

——————◆——————

**DEMETRUS HORTON**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by indictment with possession of a controlled substance between one and four grams, enhanced with two prior felony convictions. (C.R. at 12)  Appellant was convicted by a jury and was sentenced by agreement to twenty-five years in the Texas Department of Criminal Justice, Institutional Division.  (C.R. at 115-16; 3 R.R. at 116)  Appellant timely filed notice of appeal and the trial court certified his right of appeal.  (C.R. at 119-21)

The State's Reply Brief was due on July 22, 2015. This Court has previously granted two prior motions for extension of time to file the State's Reply Brief on May 21, 2015, and June 22, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. Appellant raises multiple points of error that require additional time to process in order for the State to adequately respond.

    b. The undersigned attorney has also been involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

    (1)    Ricardo Pena v. State of Texas
No. 01-14-00803-CR
No. 01-14-00804-CR
Brief Due: June 17, 2015
Brief Submitted: June 17, 2015

    (2)    James Guzman v. State of Texas
No. 01-15-00149-CR
No. 01-15-00150-CR
No. 01-15-00151-CR
Brief Due: June 16, 2015
Brief Submitted: June 16, 2015

    (3)    Oliver Cruise v. State of Texas
No. 01-14-00833-CR
Brief Due: August 11, 2015

    (4)    Sammie Davis v. State of Texas
No. 14-14-00778-CR
Brief Due: July 6, 2015
Brief Submitted: July 6, 2015

(5)    Jason Conway v. State of Texas
No. 01-14-00659-CR
Brief Due: August 19, 2015

(6)    Mark Mahlow v. State of Texas
No. 01-14-00753-CR
Brief Due: July 10, 2015
Brief Submitted: July 8, 2015

(7)    Brady Koch v. State of Texas
No. 01-14-00248-CR
Brief Due: July 27, 2015

Consequently, the undersigned attorney has been unable to complete the State's Reply Brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ Patricia McLean
PATRICIA MCLEAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Tom Moran
Attorney for Appellant
tom6294@aol.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  July 22, 2015